# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO
Bankruptcy Judge Joseph G. Rosania, Jr.

In re:

MICHAEL J. ROBERTS, SR.
SSN/EIN: xxx-xx-3582

Debtor.

Case No. 22-10521-JGR
Chapter 11, Subchapter V

## JUDGMENT

In accordance with the Order Converting Chapter 11 Case to Chapter 7 entered on September 23, 2022,

IT IS ORDERED AND ADJUDGED that the Motion to Convert Chapter 11 Case to Chapter 7 ("Motion"; Doc. 149) filed by PdC, LLC; Timothy Flaherty; Timothy Kneen; and Riviera Country Club, S. de R.L. de C.V. ("Movants") on May 6, 2022, is hereby GRANTED. Judgment shall enter in favor of the Movants and against Debtor Michael Roberts, Sr. The within Chapter 11 case is CONVERTED to Chapter 7.

Dated this 26th day of September, 2022.

APPROVED AND ACCEPTED:

By: _____
Joseph G. Rosania, Jr.
United States Bankruptcy Judge

FOR THE COURT:
Kenneth S. Gardner, Clerk

By: _____
Deputy Clerk