**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re:<br><br>MICHAEL JOSEPH ROBERTS, SR.,<br>Debtor(s), | Bankruptcy Case No. 22-10521-JGR<br>Chapter 7 |
| MICHAEL JOSEPH ROBERTS, SR.,<br><br>Appellant(s),<br><br>v.<br><br>PDC, LLC;<br>TIMOTHY FLAHERTY;<br>TIMOTHY KNEEN;<br>RIVIERA COUNTRY CLUB, S. DE R.L.<br>C.V.S,<br>Appellee(s). | |

### COURT'S NOTICE OF TRANSMITTAL OF APPEAL PURSUANT TO RULE 8003(d)

A Notice of Appeal and Statement of Election was filed October 7, 2022 by attorney Richard Podoll on behalf of Michael Joseph Roberts Sr. The Appellant appeals the Order at Docket #294, entered September 23, 2022 and Docket #296, entered September 26, 2022. Please note the following:

1. The fee has been paid in full.

2. Pursuant to F.R.B.P. 8003(c), the following parties have been served via Notification of Electronic Filing in CM/ECF:

   United States Trustee
   Counsel for Appellees: Chad S. Caby; Brent R. Cohen; William Joseph Leone; Eliot Fielding Turner

3. The preliminary record on appeal is transmitted to the US District Court with this notice and contains the following items:

   Docket Sheet
   Notice of Appeal and Statement of Election
   Orders at Docket #294 and 296.

Pursuant to F.R.B.P. 8009, the Appellant must file with the Bankruptcy Court and serve on the Appellee(s) a Designation of Record and Statement of Issues within 14 days after the notice of appeal becomes effective under F.R.B.P. 8002, or an order granting leave to appeal is

entered by the appellate court.  The Appellee(s) may file an additional designation within fourteen days of service of the Appellant's designation.

Dated: October 11, 2022

Kenneth S. Gardner, Clerk of Court
By: M. Reynolds, 720-904-7450

**A copy of this notice has been transmitted electronically to the US District Court.**