**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| MICHAEL J. ROBERTS SR., | ) | Case No. 22-CV-02699 REB |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| PdC, LLC, TIMOTHY FLAHERTY, TIMOTHY KNEEN, RIVIERA COUNTRY CLUB, S. de R.L. C.V.s, | ) ) ) | |
| | ) | |
| Appellees, | ) | |

## ENTRY OF APPEARANCE

COMES NOW, Chad S. Caby, of the law firm Lewis Roca Rothgerber Christie LLP, and hereby enters his appearance on behalf of Appellees PdC, LLC, Timothy Flaherty, Timothy Kneen, and Riviera Country Club, S. de R.L. C.V.s, in the above-captioned matter.

Dated this 24th day of October, 2022.

                                                 LEWIS ROCA ROTHGERBER CHRISTIE LLP

                                               */s/ Chad S. Caby*
                                               Chad S. Caby, Esq., No. 30927
                                               1601 19th Street, Suite 1000
                                               Denver, CO 80202
                                               Tele:   303.623.9000
                                               Fax:   303.623.9222
                                               Email: ccaby@lewisroca.com

                                               *Counsel for PdC, LLC, Timothy Flaherty, Timothy Kneen, and Riviera Country Club, S. de R.L. C.V.s*

119195450.1

## CERTIFICATE OF SERVICE

    I hereby certify that on October 24, 2022, a true and correct copy of the foregoing **ENTRY OF APPEARANCE** was electronically filed and served on all counsel properly registered to receive notice via the Court's CM/ECF system, on the following:

| | |
|---|---|
| Richard B. Podoll, Esq.<br>Podoll & Podoll, P.C.<br>5619 DTC Pkwy., Ste. 1100<br>Greenwood Village, CO 80111<br>rob@podoll.net<br>Via: CM/ECF<br><br>*Counsel for Debtor* | Michael T. Gilbert, Esq.<br>Jennifer E. Schlatter, Esq.<br>Brenton L. Gragg, Esq.<br>Allen Vellone Wolf Helfrich & Factor P.C.<br>1600 Stout St., Ste. 1900<br>Denver, CO 80202<br>Via: CM/ECF<br>mgilbert@allen-vellone.com<br>jschlatter@allen-vellone.com<br>bgragg@allen-vellone.com<br><br>*Counsel for Trustee, Harvey Sender* |

            *s/ Jennifer Eastin*
            Of: Lewis Roca Rothgerber Christie LLP

2