**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re: ) | |
| ) | |
| MICHAEL J. ROBERTS SR., ) | Case No. 22-CV-02699 REB |
| ) | |
|     Appellant, ) | |
| ) | |
| v. ) | |
| ) | |
| PdC, LLC, TIMOTHY FLAHERTY, ) | |
| TIMOTHY KNEEN, RIVIERA COUNTRY ) | |
| CLUB, S. de R.L. C.V.s, ) | |
| ) | |
|     Appellees, ) | |

## ENTRY OF APPEARANCE

COMES NOW, Brent R. Cohen, of the law firm Lewis Roca Rothgerber Christie LLP, and hereby enters his appearance on behalf of Appellees PdC, LLC, Timothy Flaherty, Timothy Kneen, and Riviera Country Club, S. de R.L. C.V.s, in the above-captioned matter.

Dated this 24th day of October, 2022.

                                              LEWIS ROCA ROTHGERBER CHRISTIE LLP

                                              */s/ Brent R. Cohen*
                                              Brent R. Cohen, Esq., No. 11297
                                              1601 19th Street, Suite 1000
                                              Denver, CO 80202
                                              Tele:   303.623.9000
                                              Fax:    303.623.9222
                                              Email: bcohen@lewisroca.com

                                              *Counsel for PdC, LLC, Timothy Flaherty, Timothy Kneen, and Riviera Country Club, S. de R.L. C.V.s*

119195433.2

## CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2022, a true and correct copy of the foregoing **ENTRY OF APPEARANCE** was electronically filed and served on all counsel properly registered to receive notice via the Court's CM/ECF system, on the following:

Richard B. Podoll, Esq.
Podoll & Podoll, P.C.
5619 DTC Pkwy., Ste. 1100
Greenwood Village, CO 80111
rob@podoll.net
Via: CM/ECF

*Counsel for Debtor*

Michael T. Gilbert, Esq.
Jennifer E. Schlatter, Esq.
Brenton L. Gragg, Esq.
Allen Vellone Wolf Helfrich & Factor P.C.
1600 Stout St., Ste. 1900
Denver, CO 80202
Via: CM/ECF
bgragg@allen-vellone.com
mgilbert@allen-vellone.com
jschlatter@allen-vellone.com

*Counsel for Trustee, Harvey Sender*

*s/ Jennifer Eastin*
Of: Lewis Roca Rothgerber Christie LLP

2

119195433.2