**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re:<br><br>MICHAEL JOSEPH ROBERTS SR.,<br><br>Debtor, | Bankruptcy Case No. 22-bk-10521<br>Chapter 7 |
| MICHAEL JOSEPH ROBERTS SR.,<br><br>Appellant(s),<br><br>v.<br><br>PDC, LLC;<br>TIMOTHY FLAHERTY;<br>TIMOTHY KNEEN;<br>RIVIERA COUNTRY CLUB,<br>S. DE R.L. C.V.S,<br>Appellees. | U.S. District Court<br>Case No. 22-cv-2699 REB |

**NOTICE REGARDING RECORD ON APPEAL**

A Notice of Appeal and Statement of Election was filed October 7, 2022 Richard Podoll on behalf of Michael Joseph Roberts Sr. and assigned District Court case number 22-cv-2699 REB. Pursuant to F.R.B.P. 8009 and 8010, please note the following:

☒ The parties have designated a Record on Appeal. Attached please find:

Volume I - Docket sheet and designated pleadings from Case 22-10521 JGR
Volume II – Designated pleadings from Adversary Proceeding 22-1052 JGR;
Volume III – Designated pleadings from Adversary Proceeding 22-1137 JGR;
Volume IV – Transcripts from hearings held March 25, 2022, May 10, 2022, and May 12, 2022.

☒ The following documents are not available on this Court's docket: Transcripts from hearing held June 29-30, 2022, designated by Appellant. A supplement to this record will be prepared if these documents become available.

☒ The following documents are not available on this Court's docket: Designated trial exhibits from hearings held June 29-30, 2022.  Pursuant to L.B.R. 9070-1(e)(3), parties must retain custody of their respective original and must provide their exhibits to the appellate court pursuant to the appellate court's direction.

**A copy of this notice and the Record on Appeal has been transmitted electronically to US District Court.**

DATED: November 10, 2022

Kenneth S. Gardner, Clerk of Court
By: M. Reynolds, 720-904-7450