**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**MICHAEL JOSEPH ROBERTS SR.,**

**Appellant,**

v.

**PDC, LLC;**
**TIMOTHY FLAHERTY;**
**TIMOTHY KNEEN;**
**RIVIERA COUNTRY CLUB,**
**S.DE R.L. C.V.S.**

**Appellees**

U.S. District Court
Case No. 22-cv-2699 REB

---

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF**

---

Appellant Michael Joseph Roberts, Sr. by and through counsel requests an extension to file his Opening Brief in this appeal. As grounds for this Motion, Appellant would show unto this Court as follows:

**CERTIFICATE OF CONFERRAL**

Counsel for Appellant conferred with counsel for Appellees who has indicated that Appellees do not object to the requested relief.

1. The record on appeal was filed on November 11, 2022, but it was filed without the transcript of the hearing designated by Appellant.

2. Appellant ordered the transcript from a private transcription service, but the service apparently failed to notify the Clerk of the Bankruptcy Court that the record could not be completed within 30 days.

3. The hearing transcript will be completed on or before December 27, 2022.

4. Appellant has moved in the Bankruptcy Court for an extension of time to file the transcript and has moved to supplement the record.

5. The Opening Brief is due today, December 12, 2022.

6. The Opening Brief cannot be completed without the transcript of the proceedings.

7. No party would be prejudiced by a 30-day extension of time after the record is supplemented to prepare the Opening Brief.

8. No prior extensions have been sought.

WHEREFORE, Appellant moves for an extension of time of 30 days after the record is supplemented with the transcript of the hearing to complete the Opening Brief.

Respectfully submitted on December 12, 2022.

> PODOLL & PODOLL, P.C.
> 5619 DTC Parkway, Suite 1100
> Greenwood Village, CO 80111
> Telephone: 303.861.4000
> Telecopier: 303.861.4004
>
> By: */s/ Robert C. Podoll*
>   Robert C. Podoll
>   Atty. Reg. #8775
>   rob@podoll.net

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document was served on December 12, 2022 upon all parties entitled to notice through the Courts CM/ECF filing system.

*/s/ Robert C. Podoll*