# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

**MICHAEL JOSEPH ROBERTS SR.,**

**Appellant,**

v.

**PDC, LLC;**
**TIMOTHY FLAHERTY;**
**TIMOTHY KNEEN;**
**RIVIERA COUNTRY CLUB,**
**S.DE R.L. C.V.S.**

**Appellees**

U.S. District Court
Case No. 22-cv-2699 REB

## ORDER RE: MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF

THIS MATTER having come before the Court on the Motion of Appellant Michael Joseph Roberts, Sr. for an extension of time to file his Opening Brief in this appeal, and the Court having reviewed the Motion and the record in this action, hereby Grants the Motion. The Opening Brief shall be 30 days after the Record on Appeal is supplemented with the filing of the transcript of the hearing.

Dated this ___ day of December

BY THE COURT:

_____
Robert E. Blackburn
United States District Court Judge