# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>MICHAEL JOSEPH ROBERTS, SR.,<br>Debtor(s), | Bankruptcy Case No.  22-10521-JGR<br>Chapter 7 |
| MICHAEL JOSEPH ROBERTS, SR.,<br><br>Appellant(s),<br><br>v.<br><br>PDC, LLC;<br>TIMOTHY FLAHERTY;<br>TIMOTHY KNEEN;<br>RIVIERA COUNTRY CLUB, S. DE R.L. C.V.S,<br>Appellee(s). | U.S. District Court<br>Case No. 22-cv-2699 REB |

## NOTICE REGARDING SUPPLEMENTAL RECORD ON APPEAL

Pursuant to F.R.B.P. 8009 and 8010, please note the following:

☒ On November 10, 2022, this Court submitted a Notice Regarding Record on Appeal and related documents to the U.S. District Court in the above referenced case.

☒ The following transcripts are now available on this Court's docket: Transcripts from hearing held June 29-30, 2022, designated by Appellant (Volume V). **This volume is to be sealed until March 14, 2023.**

**A copy of this notice and the referenced documents have been transmitted electronically to US District Court.**

DATED: December 14, 2022                                Kenneth S. Gardner, Clerk of Court
                                                        By: M. Reynolds, 720-904-7450