**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**MICHAEL JOSEPH ROBERTS SR.,**

**Appellant,**                                                  **U.S. District Court
                                                                  Case No. 22-cv-2699 REB**

**v.**

**PDC, LLC;
TIMOTHY FLAHERTY;
TIMOTHY KNEEN;
RIVIERA COUNTRY CLUB,
S.DE R.L. C.V.S.**

**Appellees**

---

### UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF

---

Appellant Michael Joseph Roberts, Sr. by and through counsel requests an extension to file his Opening Brief in this appeal. As grounds for this Motion, Appellant would show unto this Court as follows:

### <u>CERTIFICATE OF CONFERRAL</u>

Counsel for Appellant conferred with counsel for Appellees who has indicated that Appellees do not object to the requested relief.

1.      The Opening Brief is due on January 13, 2023.

2.      Undersigned counsel is primarily responsible for preparing the Opening Brief.

3.      My partner, Jacqueline E. Hill had a death in her family in the past two weeks.

4.      She took time off and the undersigned helped to prepare another brief in state court that she was primarily responsible to prepare.

5.      As a result, it is taking the undersigned additional time to complete the Opening Brief in this matter.

6.      We therefore request an additional 7 days through and including January 20, 2023 to file the Opening Brief.

7.      No party would be prejudiced by a 7-day extension of time to file the Opening Brief.

WHEREFORE, Appellant moves for an extension of time of 7 days to and including January 20, 2023 to file the Opening Brief.

Respectfully submitted on January 12, 2023.

PODOLL & PODOLL, P.C.
5619 DTC Parkway, Suite 1100
Greenwood Village, CO 80111
Telephone: 303.861.4000
Telecopier: 303.861.4004

By:  /s/ Robert C. Podoll
     Robert C. Podoll
     Atty. Reg. #8775
     rob@podoll.net

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document was served on January 12, 2023 upon all parties entitled to notice through the Courts CM/ECF filing system.

 /s/ Robert C. Podoll