## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

**MICHAEL JOSEPH ROBERTS SR.,**

**Appellant,**

**v.**

**PDC, LLC;**
**TIMOTHY FLAHERTY;**
**TIMOTHY KNEEN;**
**RIVIERA COUNTRY CLUB,**
**S.DE R.L. C.V.S.**

**Appellees**

**U.S. District Court**
**Case No. 22-cv-2699 REB**

---

### ORDER RE: MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF

---

THIS MATTER having come before the Court on the Motion of Appellant Michael Joseph Roberts, Sr. for an extension of time to file his Opening Brief in this appeal, and the Court having reviewed the Motion and the record in this action, hereby Grants the Motion. The Opening Brief shall be due on or before January 20, 2023.

Dated this ___ day of January, 2023.

BY THE COURT:

_____
Robert E. Blackburn
United States District Court Judge