# Exhibit YY

## REVISED CAPITAL STACK

| | | | |
|---|---|---:|---|
| 1) | HOTUSA LIEN RELEASE | $5,500,000.00 | Negotiated settlement |
| 2) | DEPOSITS | $619,430.00 | In first position after lien release |
| 3) | NEW CLASS "A" LOANS 18% INTEREST | $3,465,750.00 $594,426.00 | Loan to RM Funding, to be repaid before other distributions |
| 4) | RM FUNDING MEZZININE FUNDING | $6,706,000.00 $5,250,000.00 | Roberts=$3,350K, Kneen=$978K, Flaherty=$1,503K, Woods=$625K, Dinnen=$250K Roberts=$1,350, Kneen=$1,150, Flaherty=$1,700K, Lanoha=$500K, Dieschbourg=$300, Lang=$250 |
| 5) | UNSECURED LOANMS + PAYABLES | $1,900,000.00 | Unlikely payout with a land sale |
| 6) | "B" SHARE INVESTORS | $5,635,409.00 | Unlikely payout with a land sale |
| 7) | "A" SHARE INVESTORS | $12,366,000.00 | Unlikely payout with a land sale |
| | **TOTAL** | **$42,037,015.00** | |

Debtor's Exhibit 14