**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**
Alfred A. Arraj United States Courthouse Annex
901 19th Street, A1041
Denver, Colorado 80294
(303) 335-2350

**ROBERT E. BLACKBURN**
United States District Judge

# MEMORANDUM

**TO:**       Jeffrey P. Colwell, Clerk


**FROM:**    Judge Robert E. Blackburn


**DATE:**    March 2, 2023


**RE:**       Civil Action No.  22-cv-2699
              In re: Roberts


Exercising my prerogative as a Senior Judge, I request that this civil action be reassigned.